IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**WENDY T. HILL**                                                                                    **PLAINTIFF**

VS.                                  No. 3:22-cv-00304 PSH

**KILOLO KIJAKAZI,**
**ACTING COMMISSIONER OF SOCIAL**
**SECURITY ADMINISTRATION**                                                         **DEFENDANT**

## ORDER

Defendant Kilolo Kijakazi ("Kijakazi") moves to dismiss this Social Security case pursuant to Fed. R. Civ. P. 12(b)(6), alleging that Wendy T. Hill ("Hill") failed to file this action within the 60 days allowed by the applicable statute of limitations (Doc. No. 5). Hill filed a response to the motion and a motion to extend time (Doc. Nos. 7 & 8. In her pleadings, Hill asserts that her attorney mailed all case-initiating documents to the Eastern District of Arkansas Jonesboro Divisional Office via the United States Postal Service six days before the deadline for filing. She claims that good cause exists to excuse the late filing; i.e., six days was a reasonable amount of time for the case-initiating documents to be received by the Clerk's Office for timely filing. The Court would benefit from a reply from Kijakazi on this issue. Kijakazi is

therefore ordered to file a reply to Hill's response to her motion to dismiss and/or a response to Hill's motion to extend time in which she addresses whether Hill's late filing should be excused for good cause, and if not, why. Her response should be filed no later than March 28, 2023.

The Court notes that both parties have submitted attachments in the form of affidavits and documents along with their pleadings. Because it is necessary to review evidence outside the pleadings, Kijakazi's motion is more appropriately treated as one for summary judgment. *See National Ass'n of Gov't Employees v. City Pub. Serv. Bd.*, 40 F.3d 698, 707 (5th Cir.1994) (stating that "[b]ecause the district court was required to review the available evidence ... this motion [to dismiss] is more appropriately treated as one for summary judgment."). Since the Court is treating the motion as one for summary judgment, the parties are notified of their opportunity to present any additional supporting materials for the Court's consideration. Any such materials should be filed on or before April 4, 2023.

IT IS SO ORDERED this 14th day of March, 2023.

_____
UNITED STATES MAGISTRATE JUDGE