# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**WENDY T. HILL**                                                                                                              **PLAINTIFF**

VS.                    No. 3:22-cv-00304 PSH

**KILOLO KIJAKAZI,**
**ACTING COMMISSIONER OF SOCIAL**
**SECURITY ADMINISTRATION**                                  **DEFENDANT**

## ORDER

Defendant Kilolo Kijakazi ("Kijakazi") seeks dismissal of this Social Security case on grounds that Wendy T. Hill ("Hill") failed to file a timely complaint. Hill responded to the motion to dismiss, prompting the Court's Order of March 14. In that Order the Court notified the parties that the motion would be treated as one for summary judgment,[1] and the parties were given an opportunity to submit additional materials. Docket entry no. 10.

Kijakazi replied to the Court's Order. She concedes that if the Court credits the

---

[1] Attached to Hill's response to the motion to dismiss was an affidavit from Brooke White, paralegal for Hill's attorney, stating that all case initiating documents, including the check for the filing fee, were mailed to the Court on November 15, 2022, six days in advance of the filing deadline. Docket entry no. 7-1.

1

affidavit of Brooke White it is within the Court's discretion to deem the complaint timely filed.

The affidavit is unrebutted and the Court accepts it as accurate. The complaint is deemed timely, the motion to dismiss (docket entry no. 5) is denied, the motion to extend time (docket entry no. 8) is denied as moot, and Kijakazi is directed to file the administrative record in this case within sixty days after the entry of this Order.

IT IS SO ORDERED this 5th day of April, 2023.

_____
UNITED STATES MAGISTRATE JUDGE