IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**WENDY T. HILL**                                                                                      PLAINTIFF

VS.                              No. 3:22-cv-00304 PSH

**KILOLO KIJAKAZI, Acting Commissioner,**
  **Social Security Administration**                                           DEFENDANT

ORDER

The defendant's unopposed motion for additional time in which to file her certified administrative record and answer (Doc. No. 13) is granted, and she is directed to respond on or before August 4, 2023.

IT IS SO ORDERED this 6th day of June, 2023.

_____
UNITED STATES MAGISTRATE JUDGE