IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**WENDY T. HILL**                                                                                    **PLAINTIFF**

VS.                             No. 3:22-cv-00304 PSH

**KILOLO KIJAKAZI,**
**ACTING COMMISSIONER OF SOCIAL**
**SECURITY ADMINISTRATION**                                                      **DEFENDANT**

ORDER

The plaintiff's unopposed motion for an extension of time to file her brief (Doc. No. 16) is granted, and she is directed to file the brief on or before November 13, 2023.

IT IS SO ORDERED this 17th day of October, 2023.

_____
UNITED STATES MAGISTRATE JUDGE