# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**WENDY T. HILL**                                                                 **PLAINTIFF**

VS.                              No. 3:22-cv-00304 PSH

**MARTIN O'MALLEY, Commissioner,**
   **Social Security Administration**                            **DEFENDANT**

## JUDGMENT

Pursuant to the Order filed in this matter this date, this case is dismissed with prejudice.

IT IS SO ORDERED this 7th day of May, 2024.

_____
UNITED STATES MAGISTRATE JUDGE